# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE RODRIGUEZ, | ) | 1:07-cv-01413 AWI GSA |
| | ) | |
| | ) | |
| Plaintiff, | ) | SECOND ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| v. | ) | |
| SUPERIOR COURT OF CALIFORNIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a county jail inmate proceeding pro se, filed the instant action on September 27, 2007. However, Plaintiff did not file an application to proceed in forma pauperis or pay the filing fee. Accordingly, on November 1, 2007, this Court issued an order requiring Plaintiff to submit an application to proceed in forma pauperis or to pay the $350.00 filing within thirty (30) days of service of that order.

Thereafter, Plaintiff submitted three letters to the Court. (Documents 7, 8 and 9) Plaintiff did not submit an application to proceed in forma pauperis or pay the required filing fee. However, in a letter to the Court dated December 10, 2007, and filed on December 14, 2007, Plaintiff asserts that he has no money and receives a Social Security check once a month. (Document 9) If Plaintiff is unable to pay the necessary filing fee, then he must submit an application to proceed in forma pauperis. The Court cannot proceed in this matter without the application or without payment of the required filing fee.

1  Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma
2 pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30)
3 days of the date of service of this order.  **Failure of Plaintiff to comply with this order will**
4 **result in a recommendation that this action be dismissed.**
5  The Clerk of the Court shall send Plaintiff an additional application.  To the extent that
6 Plaintiff also has alleged that the mailman has been keeping Court letters from him, the Clerk
7 will continue to serve Plaintiff with Court orders at the address provided by Plaintiff and
8 currently on file with the Court.
9  IT IS SO ORDERED.
10  Dated:   **December 18, 2007**             **/s/ Gary S. Austin**
              UNITED STATES MAGISTRATE JUDGE